MASAKO OKUDA, ESQ. (SBN 247925)
NANCY CURRY, CH 13 TRUSTEE
606 SOUTH OLIVE ST, STE 950
LOS ANGELES, CA 90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re | ) | Chapter 13 | |
|---|---|---|---|
| | ) | | |
| | ) | CASE NO. LA 0941315 VK | |
| WOODBURN, JOHN M. | ) | | |
| | ) | ✓ OBJECTION TO CONFIRMATION | __ NOTICE OF CONTINUED |
| | ) | 0.57% PLAN | §341(a) EXAMINATION |
| | ) | | |
| | ) | Date/Time: March 22, 2010  09:00 AM | Date/Time: |
| | ) | Courtroom 1675 | 725 S. Figueroa Street |
| Debtor | ) | 255 E. Temple Street | Room 103 |
| | ) | Los Angeles, CA 90012 | Los Angeles, CA 90017 |

✓ The §341 (a) examination began on 12/22/2009.  Attached is a summary of the presently proposed plan.  The Trustee objects to confirmation of the plan because the examination revealed (from the debtor's testimony and documents):

✓ debtor is **ineligible** §109(e) scheduled secured _1,115,000_ unsecured _422,682_ debt exceeds limit

__ **missing/improper** identification of __debtor __creditor __real property

✓ **undisclosed** income/assets/debts/prior case
   _(Dr's law practice income during 6-month period before Petition)_

__ **341(a) notice/service** __short __not provided BR 7004 and LBR 3015-1(b)(3)

__ it is **infeasible** §1325(a)(6) debt/claims __ no provision __exceed pay in
   __deficit budget __mo pln pymnt w/n pay total pln debt

✓ it does not represent the debtor's **best effort** §1325(b)(1)(B) __CMI/59 _____ GT plan _____
   ✓ surplus > plan payment __unreasonable expenses __income GT median, pln m/b 60 mo __negative rental
   _2796 v. pp 431_

✓ **liquidation** - plan provides less for general unsecured creditors than in Chapter 7 §1325(a)(4);
   ✓ plan analysis states _5.79_ %; non-exempt equity in __real property __personal property _____

✓ **income documentation** inadequate/not provided LBR 3015-1(c)(3),(4)
   __payment advices ✓ income/expense reports __tax return __rental income __contribution declaration
   _(law practice; Jan-Nov)_
**Payments** __mortgage payment declaration not filed/defective/not available at §341(a) ✓ plan payments not current


OC (Najila Brent) @341a


On December 23, 2009, a copy of this was mailed to

WOODBURN, JOHN M.                           SYLVIA HO

272 S. LOS ROBLES AVE.                       206 N. JACKSON ST., #201
PASADENA, CA 91101-2872                    GLENDALE, CA 91206-

I declare that the above is true and complete to the best of my knowledge.

Executed at Los Angeles, California on December 23, 2009.

_Masako Okuda_

Case Status Report                                                                                    Page    1
Los Angeles Division  Nancy Curry, Chapter 13 Standing Trustee                                        Chapter 13
Status of Case as of    12/23/2009  11:03 AM

**0941315-VK**

WOODBURN, JOHN M.                   Not Confirmed                 60 Rmng of 60 Mos. @ $431.00 /mo.
                                                                  Percent Pay Uns   0.57
                                    Atty: SYLVIA HO               SSN: xxx-xx-9182  xxx-xx-
272 S. LOS ROBLES AVE.                (818)507-6000                Debtor Plan Payment: $431.00 / M
PASADENA CA 91101-2872

Debtor Type: Individual             Emplyr: SELF EMPLOYED
                                    ----- Last 6 Payments -----
                                    $0.00              $0.00       Total Paid In           $0.00
Filed        11/09/2009             $0.00              $0.00
First Mtg    12/22/2009             $0.00              $0.00
Confirm Mtg  03/22/2010 @ 9:00
Plan Filed
Start Pmts   12/09/2009
Bar Date     03/22/2010

          1AP 120409

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FRANCHISE TAX BOARD | 06176600 | | 101-0 | | Pri | | $84.15 | 24 | $3,029.52 | | $953.79 | | $3,029.52 |
| INTERNAL REVENUE SERVICE | 09036200 | | 102-0 | | Pri | | $293.22 | 24 | $10,556.00 | | | | $10,556.00 |
| WESCOM CREDIT UNION | 23000746 | | 301-0 | | Sec A | | $299.04 | 24 | $1,794.23 | | $72.42 | | $1,794.23 |
| SYLVIA HO | 91091926 | | 666-0 | | Lgl | | | 13 | $4,000.00 | | $4,000.00 | | $0.00 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | | Tru | | | 00 | $1,708.87 | | | | $1,708.87 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $21,088.62 | $0.00 | Amount Available | $0.00 |
| Total Debt | $1,794.23 | $13,585.52 | $0.00 | $0.00 | $4,000.00 | $0.00 | $0.00 | Funds Held | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Principal Balance | $17,088.62 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $1,794.23 | $13,585.52 | $0.00 | $0.00 | $0.00 | | $1,708.87 | | |

                    Budget
                    ER/H: SELF EMPLOYED
Inc:  $8,950.00     Occup:
Exp:  $6,153.23     ER/H:
Surp: $2,796.77     Occup: