| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (Bar No. 103825) <br> Sylvia S. Ho (Bar No. 247139) <br> Law Offices of David A. Tilem <br> 206 North Jackson Street, #201 <br> Glendale, CA 91206 <br> Tel: (818) 507-6000    Fax: (818) 507-6800 <br><br> ☑ Attorney for Debtor(s) <br> ☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13 <br> CASE NUMBER 09-bk41315 VK |
|---|---|
| In re: <br><br> John M. Woodburn, <br><br><br><br><br><br> Debtor(s). | **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** <br><br> (No Hearing Required) |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
   OR
   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☑ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
   OR
   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: _____
   Movant: _____
   Personal or Real Property: _____
   _____

   Status:    ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 3015-1.18

| Debtor's Request For Voluntary Dismissal of Chapter 13 - Page 2 | F 3015-1.18 |
|---|---|
| In re: John M. Woodburn, | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 09-bk41315 VK |

4. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   OR

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   _____
   _____
   _____

   (Please attach additional pages if needed.)

5. Debtor seeks dismissal of this case for the following reasons:

   Debtor realizes he is over the debt limit as stated in 11 U.S.C. Section 109(e) and ineligible for Chapter 13 bankruptcy relief. Unable to pursue an effective reorganization of his secured and unsecured debts, Debtor hereby requests the court dismiss his case without a bar.

   (Please attach additional pages if needed.)

   Dated: 2/16/2010

   _____
   Attorney for Debtor(s)

   I declare under penalty of perjury that the foregoing is true and correct.

   Dated: February 18, 2010

   _____
   Debtor

   Dated: _____

   _____
   Joint Debtor

| In re: JOHN M WOODBURN | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-BK-41315-VK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 North Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document described **DEBTOR'S REQUEST FOR VOLUNTASRY DISMISSAL CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/18/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
* Scott C Clarkson   sclarkson@lawcgm.com
* Nancy K Curry   ecfnc@trustee13.com
* Sylvia Ho   SylviaHo@TilemLaw.com, malissamurguia@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com
* United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
* Brian N Winn   sarah_peck@winnsims.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 2/18/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Judge Victoria Kaufman
U.S. Bankruptcy Court
255 E Temple Street, Suite 1682
Los Angeles, CA 90012-3332**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/18/10 | Diana Chau | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: JOHN M WOODBURN | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-BK-41315-VK |

| | |
|---|---|
| Bank of America<br>United Recovery Systems, LP<br>P.O. Box 722929<br>Houston, TX 77272<br><br>Foothill Emergency Physicians<br>P.O. Box 217<br>Montrose, CA 91021<br><br>Healthcare Partners Medial Group,<br>P.O Box 6900<br>Torrance, CA 90504<br><br>Intuitive Solutions, Inc.<br>272 South Los Robles<br>Pasadena, CA 91101<br><br>Kern Legal Services<br>1614 W. Temple Street<br>Los Angeles, CA 90026<br><br>Law Offices Of Robert Bruce Parsons<br>3424 Carson Street, Suite 500<br>Torrance, CA 90503<br><br>Quest Diagnostics, Inc<br>P.O. Box 78406<br>Phoenix, AZ 85062-8406<br><br>Robert Santino, DC<br>2595 East Washington Blvd., Ste. 10<br>Pasadena, CA 91107<br><br>USC Care Medical Group, Inc<br>File 749303<br>Los Angeles, CA 90074 | USC University Hospital<br>1500 San Pablo Street<br>Los Angeles, CA 90033<br><br>Washington Mutual<br>West Asset Management, Inc.<br>P.O. Box 790113<br>St. Louis, MO 63179<br><br>Wescom Credit Union<br>123 S. Marengo Ave<br>Pasadena, CA 91101<br><br>Agent for Service of Process<br>Wescom Credit Union<br>Christina Miller<br>550 North Brand Blvd., Suite 550<br>Glendale, CA 91203<br><br>Franchise Tax Board<br>Bankruptcy Section MS A430<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114<br><br>Internal Revenue Service<br>Insolvency 1 Stop 5022<br>300 N Los Angeles Street Room 406<br>Los Angeles, CA 90012<br><br>Los Angeles River Ranger District<br>12371 N Little Tujunga Cyn Road<br>San Fernando, CA 91342 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                            F 9013-3.1