Scott C. Clarkson, Esq. (SBN 143271)
Eve A. Marsella, Esq. (SBN 165797)
Christine M. Fitzgerald, Esq. (SBN 259014)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson St #350
Torrance, CA 90503
Tel: (310) 542-0111
Fax: (310) 214-7254
Attorneys for Creditor, Najila K. Brent,
A Professional Law Corporation

FILED & ENTERED

MAR 03 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In Re

**JOHN M. WOODBURN,**

Debtor

Case No. 2:09-bk-41315-VK

Chapter 13

**ORDER GRANTING CREDITOR'S MOTION TO DISMISS CHAPTER 13 CASE**

Date: February 22, 2010
Time: 11:00 a.m.
Ctrm: 1368

The Motion filed by Najila K Brent, A Professional Law Corporation ("Creditor") for an order dismissing the Chapter 13 case of John M. Woodburn (the "Motion") came on for hearing on February 22, 2010 at 11:00 a.m. in Courtroom 1368 located at 255 E. Temple Street, Los Angeles, CA 90012, the Honorable Vincent P. Zurzolo, presiding. Appearing for Creditor was Christine M. Fitzgerald, Esq. of Clarkson, Gore & Marsella, APLC. Appearing for the John M. Woodburn, the Debtor ("Debtor") was Sylvia Ho, Esq. of The Law Offices of David A. Tilem.

\\

\\

\\

\\

\\

No other appearances were made. The Court, having considered the Motion, the representations of the parties during the hearing, and noting that no opposition was filed to the Motion, hereby

GRANTS the Motion and ORDERS that the case is dismissed for all of the reasons as stated by the Court on the record.

###

DATED: March 3, 2010

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson, St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described ORDER GRANTING CREDITOR'S MOTION TO DISMISS CHAPTER 13 CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _______________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~**(indicate method for each person or entity served)**:**
On February 23, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor's Counsel**
Sylvia Ho, Esq.
Law Offices of David Tilem
206 N. Jackson St. Suite 201
Glendale, CA 91206

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on______________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2010 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Main Document Page 4 of 7

**SERVED BY U.S. MAIL (cont'd)**

**Judge**
Honorable Victoria S. Kaufman
255 East Temple Street, Suite 1682
Los Angeles, CA 90012

4
ORDER GRANTING CREDITOR'S MOTION TO DISMISS CHAPTER 13 CASE

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING CREDITOR'S MOTION TO DISMISS CHAPTER 13 CASE was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 23, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached**

☒Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached**

☒Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Counsel for the Defendant**
Sylvia Ho SylviaHo@TilemLaw.com,
malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com

**Counsel for the Creditor**
Scott C Clarkson sclarkson@lawcgm.com

**Trustee**
Nancy K Curry ecfnc@trustee13.com

**U.S. Trustee**
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**Also served on**
Brian N Winn sarah_peck@winnsims.com

**TO BE SERVED BY THE LODGING PARTY**

**Debtor**
John M. Woodburn
2050 E. Mountain Street
Pasadena, CA 91104

John Woodburn
272 South Los Robles Avenue
Pasadena, CA 91101-2872

**Creditors**

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90053-0200

Bank of America
United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Washington Mutual
West Asset Management, Inc.
PO Box 790113
St Louis, MO 63179-0113

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Law Offices of Robert Bruce Parson
3424 Carson Street, Suite 500
Torrance, CA 90503-5723

Robert Santino, DC
2595 East Washington Blvd., Ste 10
Pasadena, CA 91107-1409

Foothill Emergency Physicians
PO Box 217
Montrose, CA 91021-0217

Employment Development
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento. CA 94280-0001

Health Care Partners Medical Group
PO Box 6900
Torrance, CA 90504-0111

Agent for Wescom Credit Union
Christina Miller
550 North Brand Blvd., Suite 550
Glendale, CA 91203

Kern Legal Service
1614 W. Temple Street
Los Angeles, CA 90026-5027

Wescom Credit Union
5601 E. La Palma Ave.
Anaheim, CA 92807-2109

Quest Diagnostic, Inc.
PO Box 78406
Phoenix, AZ 85062-8406

Central Financial Control
PO Box 66040
Anaheim, CA 92816-6040

USC University Hospital
1500 San Pablo Street
Los Angeles, CA 90033-5313

Intuitive Solutions, Inc.
272 South Los Robles
Pasadena, CA 91101-2872

Wescom Credit Union
123 S. Marengo Avenue
Pasadena, CA 91101-2428

USC Care Medical Group, Inc
File 749303
Los Angeles, CA 90074-0001