# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
John M Woodburn

**BANKRUPTCY NO.** 2:09–bk–41315–VK

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–9182
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/3/10

**Address:**
272 South Los Robles Ave
Pasadena, CA 91101–2872

You are notified that an order was entered **DISMISSING** the above–captioned case and vacating the discharge if previously entered.

Dated: March 3, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN–24

**34 / WCK**